UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONALD TUCKER.                                                                                   PLAINTIFF
ADC #144658

V.                                        1:18CV00035 JM/JTR

BILLY COWELL,
Medical Administrator, Grimes Unit, *et al*.                                           DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Tucker's Motion for Preliminary Injunction is denied. Document #3.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 1st day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE