UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONALD TUCKER                                                                           PLAINTIFF
ADC #144658

V.                              1:18CV00035 JM/JTR

BILLY COWELL, Medical Administrator,
Grimes Unit, *et al*.                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Raylina Ramsey's Motion for Summary Judgment (Doc. 35) is GRANTED, and Mr. Tucker's claims against her are DISMISSED, with prejudice. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 4th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE