UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONALD TUCKER.  PLAINTIFF
ADC #144658

V.  No. 1:18CV00035-JM-JTR

BILLY COWELL,
Medical Administrator, Grimes Unit, *et al*.  DEFENDANTS

### ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Tucker is allowed to proceed with his claim that Brenda Bridgeman provided inadequate medical care related to his prosthetic leg between September 2016 and July 6, 2017.

2. The Motion for Partial Summary Judgment filed by Bridgeman, Billy Cowell, Sheila Armstrong and Correct Care Solutions LLC (Document #40) is granted. All other claims against Bridgeman are dismissed without prejudice. All claims against Cowell, Armstrong and Correct Care Solutions LLC are dismissed without prejudice.

3. The Motion for Summary Judgment filed by Dr. Leland Felix (Document #58) is granted, and all claims against him are dismissed without prejudice.

4. Tucker's ADA and Rehabilitation Act claims are dismissed without prejudice.

Dated this 1st day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE