# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**RONALD TUCKER**                                                                                     **PLAINTIFF**

V.                                  No. 1:18CV00035-JM

**BRENDA BRIDGEMAN,**
Director of Nursing, Grimes Unit                                                **DEFENDANT**

## ORDER

Plaintiff Ronald Tucker has not complied with the February 13, 2020 Order directing him to file a free-world application to proceed *in forma pauperis* due to his release from incarceration. *Doc. 97*. The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). The pending motions for summary judgment (*Docs. 85 & 90*) are denied as moot. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE