UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**RONALD TUCKER**                                                                          **PLAINTIFF**

V.                            **No. 1:18CV00035-JM**

**BRENDA BRIDGEMAN,**
Director of Nursing, Grimes Unit                                        **DEFENDANT**

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 10th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE